UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60006-STRAUSS

**MARCELO TAROCO**, *et al.*,

    Plaintiffs,

v.

**M&M CHOW, LLC,**

    Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

**THIS MATTER** came before the Court upon the Joint Status Report and Request to Close File [DE 56] ("JSR"). With the Court having reviewed the JSR, in which the parties request that this case be dismissed with prejudice, and with the Court being otherwise fully advised, it is hereby **ORDERED and ADJUDGED** that this case is **DISMISSED** *with prejudice*. This case shall remain **CLOSED**, with any pending motions being **denied as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of August 2023.

Jared M. Strauss
United States Magistrate Judge